UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ22-311 |
| Plaintiff, | ) NDCA NO. MJ22-70926 MAG |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| JAITEG SINGH WARAICH, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:    Possession with Intent to Distribute Fifty Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine

<u>Date of Detention Hearing</u>:    July 19, 2022.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

1. Defendant is charged by Complaint issued in the Northern District of California, Oakland Venue, with the above-listed drug offense. He is believed to be a citizen of India. He was not interviewed by Pretrial Services, so much of his background information is unknown or unverified. Defendant has waived an identity hearing and an Order of Transfer has been signed. Defendant does not contest detention in this Court, but wishes to raise the issue in the charging district upon his transfer.

2. Defendant poses a risk of nonappearance based on foreign citizenship, unknown background information, and the nature of the charges. Defendant poses a risk of danger based on the nature of the charges, and unknown background information.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

Officer.

DATED this 19th day of July, 2022.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3